```
 1  JAMES F. CLAPP (145814)
    J. KIRK DONNELLY (179401)
 2  MARITA M. LAUINGER (199242)
    DOSTART CLAPP & COVENEY, LLP
 3  4370 La Jolla Village Dr. Ste. 970
    San Diego, CA 92122
 4  Tel. (858) 623-4200
    Fax. (858) 623-4299
 5
    MARK R. THIERMAN (72913)
 6  THIERMAN LAW FIRM
    7287 Lakeside Dr.
 7  Reno, NV 89511
    Tel. (775) 284-1500
 8  Fax. (775) 284-1506

 9  Attorneys for Plaintiff

10  M. KIRBY C. WILCOX (78576)
    STEPHEN B. SONNENBERG (164881)
11  ANNETTE GAMMON (211882)
    SAIDAH GRAYSON (221713)
12  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
13  Twenty-Fourth Floor
    San Francisco, CA 94105-3441
14  Tel. (415) 856-7000
    Fax. (415) 856-7100
15
    Attorneys for Defendant
16  Bank of America, N.A.
```

By Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. FRANKLIN, individually, and on behalf of all others similarly situated, | CASE NO. 3:05-CV-00519-CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TAKING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION OFF-CALENDAR |
| vs. | |
| BANK OF AMERICA, N.A. and DOES 1 through 50, inclusive, | |
| Defendant. | |

1

Stipulation and [Proposed] Order Taking Plaintiff's Motion for Class Certification Off-Calendar

Plaintiff, TIMOTHY L. FRANKLIN, by and through his counsel, Dostart Clapp & Coveney, LLP, and defendant, BANK OF AMERICA, N.A., by and through its counsel, Paul, Hastings, Janofsky & Walker LLP, hereby stipulate as follows:

WHEREAS, plaintiff's motion for class certification is set for hearing on September 2, 2005 at 10:00 a.m.;

WHEREAS, the parties have reached a settlement in the above-captioned matter, and the parties will be filing their motion for preliminary approval of the settlement in the near future;

NOW THEREFORE, the parties hereby stipulate as follows:

1. Plaintiff's motion for class certification is hereby taken off-calendar.

IT IS SO STIPULATED:

Dated: August 1_, 2005

DOSTART CLAPP & COVENEY, LLP

_____
JAMES F. CLAPP
Attorney for Plaintiff

Dated: August 15, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
M. KIRBY C. WILCOX
ANNETTE GAMMON
SAIDAH GRAYSON
Attorneys for Defendant

IT IS SO ORDERED.

Dated: August 16, 2005

_____
HON. CHARLES R. BREYER
Judge of the Superior Court

66156

2

Stipulation and [Proposed] Order Taking Plaintiff's Motion for Class Certification Off-Calendar