IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY L. FRANKLIN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA N.A.,<br><br>    Defendant.<br>_____/ | No. C 05-00519 CRB<br><br>**JUDGMENT** |

The Court having granted the motion for final approval of class action settlement, it is ordered that judgment be entered in favor of defendant Bank of America, N.A. on all claims asserted by plaintiff Timothy L. Franklin and the parties proceed with the administration of the settlement as outlined in the Court's order finally approving the settlement

**IT IS SO ORDERED.**

Dated: July 21, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0519\judgment.wpd